UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0103-CRB |
| ) | |
| Plaintiff, ) | ORDER DETAINING DEFENDANT |
| ) | PENDING TRIAL |
| v. ) | |
| ) | |
| VICENTE FRANCO ESCALERA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant, Vicente FRANCO ESCALERA, is charged with conspiring to distribute Schedule I and II controlled substances, in violation of 21 U.S.C. § 846, and distribution and possession with intent to distribute Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii). He made his initial appearance on February 4, 2009. On February 10, 2009, he waived his right to a detention hearing without prejudice. On March 26, 2009, he moved for release. The government opposed this motion on the grounds that the Defendant was a risk of flight and posed a danger to the community. The Defendant was present in custody before this Court for a hearing on his motion, and was represented by his court-appointed attorney, Michael Hinckley. The government was represented by Assistant United States Attorney S. Waqar Hasib. The parties proceeded by proffer. Both sides had an opportunity before the hearing to review a report prepared by Pretrial Services. The report recommended release on an unsecured $200,000 bond.

ORDER RE: DETENTION
CR 09-0103 CRB                             1

After considering the evidence and the parties' arguments, the Court orders that the Defendant be detained pending trial. The Court finds by a preponderance of the evidence that a serious risk exists that the Defendant will flee and that, under 18 U.S.C. § 3142(e), no condition or combination of conditions will reasonably assure his appearance as required for the following reasons:

1. The Defendant has strong family ties to Mexico, and frequently travels there. Although he has a wife and child, he does not live with them. Although Defendant reports he works for a trucking company, that employment could not be confirmed.

2. The Defendant recently declared bankruptcy in the United States, and as a result has no significant assets in this country to post as security.

3. Defendant has suffered 11 failures to appear and has had probation revoked on three occasions.

4. If convicted, the Defendant faces a mandatory minimum prison sentence of 10 years, which creates a strong incentive for the Defendant to flee.

5. Neither of the family members that the Defendant offers as sureties would reasonably assure his appearance in court as required as they do not have significant income or assets.

Based on the foregoing, the Defendant's motion for release is DENIED. IT IS HEREBY ORDERED that:

1. The Defendant be detained pending trial under 18 U.S.C. § 3142;

2. The Defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeals;

3. The Defendant be afforded reasonable opportunity for private consultation with his counsel; and

///

///

///

ORDER RE: DETENTION
CR 09-0103 CRB                 2

4. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility where the Defendant is confined shall deliver the Defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED

DATED: April 13, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

ORDER RE: DETENTION
CR 09-0103 CRB                3